UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERYN D. FIELDS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF HILL, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-00688-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S COMPLAINT BE DISMISSED WITHOUT LEAVE TO AMEND<br><br>(Doc. 9) |

   Plaintiff Catheryn D. Fields proceeds pro se and in forma pauperis in this civil action initiated on June 6, 2025. Doc. 1. On June 13, 2025, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff did not state a cognizable claim for relief. Doc. 5. On July 21, 2025, plaintiff filed a First Amended Complaint. Doc. 6.

   On July 25, 2025, the magistrate issued finding and recommendations recommending dismissal for plaintiff's failure to comply with Rule 8 of the Federal Rules of Civil Procedure and because the complaint fails to state any cognizable claim. *See* Doc. 9 at 7–9. The magistrate judge found that the complaint was an "impermissible 'shotgun' pleading," and that the complaint is "not clear [as to] *what* facts relate to which claim or *how* the facts relate to the legal claims raised." *Id.* at 7. The findings and recommendations contained notice that any objections were

1  due within 21 days. *Id.* at 9. On August 19, 2025, plaintiff timely objected. Doc. 10.

2  In accordance with 28 U.S.C. § 636 (b)(1), the Court conducted a de novo review of the
3  case. Plaintiff does not meaningfully challenge the magistrate judge's findings or identify any
4  error in the reasoning of the findings and recommendations, and she fails to identify any
5  cognizable claim. Having carefully reviewed the filings, including plaintiff's objections, the
6  Court concludes the findings and recommendations are supported by the record and proper
7  analysis.

8  Accordingly:

9  1. The findings and recommendations issued on July 25, 2025, Doc. 9, are adopted in
10     full.
11  2. This action is dismissed due to plaintiff's failure to state a claim.[1]
12  3. The Clerk of Court is directed to terminate any pending motions and close this
13     case.

16  IT IS SO ORDERED.

17  Dated:   September 14, 2025

   UNITED STATES DISTRICT JUDGE

---

[1] Because this action is dismissed for failure to state a claim, plaintiff's "Motion to Unseal and Compel Production of Records Including Ex Parte Communications, Internal Emails, and Hearing Transcripts," Doc. 3, is denied as moot.

2